# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148557

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 148557
COA: 315694
Marquette CC: 12-050308-FH

BRANDEN LEE JUTILA,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 9, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

t0421